# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 13-cv-03304-LTB-KLM

RHONDA ANGELI, and
EVERETT ANGELI,

      Plaintiffs,

v.

EDWARD VELA,

      Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal (Doc 11 - filed April 8, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                BY THE COURT:

                                s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED: April 9, 2014